FILED
OCT 14 2026
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY KB DEPUTY

# What happened

CIV-26-2925-PRW

① we have a verble agreement From June 2025 with Kyle Davis the landlord and us, that utilities Stay in landlords name During our duration of living at 616 S 12th Street Frederick ok.

② July 22 2025 my husband talked at town meeting explaining agreement and issues of a land lord name Richard Reno (not current landlord) City counsel excepted agreement.

③ No letters or Actions was taken at all when it came to agreement and me paying with my card online and in person to utility company

④ my husband talked to Kyle Davis on a violation that had occured with Frederick police Kyle Davis ignored it, so he talked to mayor and it was the Same.

(5) June 2 2026 court found violation ~~aging~~ aginst his rights was violated.

(6) June 6 2026 Kyle Davis Send a letter threatening utility cut off.

(7) between 6-6-26 and 6-30-26 conversations had taken place with Kyle Davis, mayor Ouelette which lead to them violating many ADA rights. Causing Panic Attack and Seizures

(8) mayor oulette forced me to sign an agreemeet for address 620 S 12th Street on 6-30-26 not assiated with 616 S 12th st account, nor did it state it would resoult in effecting 616 address, thoug they verbiely threatened it ~~wate~~ would.

(9) 7-6-26 I paid 230.55 to forced agreement during

the time of payment
I requested Kyle Davis stay in his office as a reasonable Accomadation for my disabilty due to his erradic and aggersive behavior that lead me into a panic attack and seizure prior.

(10) 2 police reports was made on issue, on 7-6-26 I was not given that accomadation and was immeditly met by Kyle Davis trying to force an other agreement differnt to what I was first fored to sign and told not to write "vi coactus" again. I backed up for safety with my miner son and he yelled (Kyle Davis) "you sign this or you have ~~now~~ no utilities in 15 mins.

(11) 7-14-26 my husband spoke at a town hall meeting explaing all the ADA violations they had commited, around 6-6:30pm immeatly after my husband was served with no trespass

(12) trespass was said to be fer "threats", but the "threats" they are speaking of happen 3 week's prior when I was tring to leave a message for the mayor and my husband was in the back ground talking to a 3rd party.

(13) due to dening any and all reasonable accomadation I requested I could not go in person to pay ferced agreement and the trespass then blocked my husband from doing it as well, city requested it be paid in person only and by me or my husband

(14) 9-29-26 I sent Ceese & Desist email to Kyle Davis, mayor, Consel members and city Clerk, No response back

(15) 9-30-26 1:45pm Kyle Davis responds with "we have recived your email and is under review.

(16) 9-30-26 around 3:30 pm
1 hour and 45mins after Kyle Davis sent "in review" email Kyle Davis sent 3 officers and 2 city workers to cut off all utilities to 616 S 12th street While my young children was inside.

(17) we repeated told them "its a paid account", and "its in review", they ignored us and continued to cut off utilities, Cheif Rodigece to my husband he Cant record and to get in the house.

(18) Cheif Joe handed me a letter from Kyle Davis stating false information as they was disconnect the utilities.

(19) 9-30-26 I called tilman County Sherrifs as a 3rd party non biase to report the incident, they Arrived around 6pm.

(20) 10-1-26 I sent city Attoneny Pat Kent, and city clerk, email "unlawful unconstitution l utility dis conneed and reckes endangerment of minors children and disabled resident. I got no response once again.

(21) I sent city Attoney, city clerk and city manager email pre-litagation 12 O-S § 2408 rule 408 with evidence. no answer

(22) Sent correction email to pre-litagation rule 408 on time from 5pm to 2pm.

(23) 10-2-26 went to file in Court tilman County was denied Judge reason "Because its my ruling" on paupers Affidavit, Judge and Kyle davis has know each other for 40 years or so and are in the same clubs in Fredick ok.

(24) the physical and mental toll has caused extreme stress and terror of having our home surrounded by officers to Assist in cutting of utilities even After been told of the "in review" email and account is fully paid up to date and still cutting off our life essential water and electric, it directly triggered a panic attack and seizure. the weaponizing of the police to cause intimidation from city manager Kyle Davis even knowing of my Documented disibility of sever panic attack and seizures was extreme and knowing it would put my 4 miner children health and safety in jeperty. it has cause on going exhaustion, sleep depravation and trauma.

(25) the city sudden aggressive Actions have impacted our 4 children and inflicted sever physical hardship and emotional trauma having mulitiple officers there to forcefully shut off water and electric, it terrified them and left them traumatized by the people thats supposed to help

not leave them in the Dark, with no water to even wash there hands, use the rest room, bathe that is a Sever public health and saftey hazard this crists has completly disrupted there sense of Safety and Security, forceing us from our home into Altermitive emergency lodging

(26) the temporay weekend housing assistains through operation Cares ends this morning 10-5-26 at 11am causing immediate emergancy this crisist is happening right now and leaving my family with mere hours of Saftey do to the utilitys cut off on a fully paid account.

(27) I have multiple Auto and visual recordings I possede and can sent at your request

(28) on oct 5th 2026 due to the immediate expiration of our emergency hotel shelter and the threats of severe medical complications to my Documented disability. I was placed under extreme duress. To prevent my four minor children from being left entirely without running water or power, the city manager and mayor forced us to pay an un-owed Deposit and a coerced agreement totaling $544.98 on oct 5th 2026 and First half $280.55 on 7-6-2026. The payment was extracted under complete economic duress as a hostage fee to restore life-essential Services.

(29) Total Damages

Compensatory

(1) $1,705.94 for Spoiled groceries ($655.83), Survival

Supplies ($244.58), plus the exact $775.53 forced Deposit coerced agreement with two collection Fees extracted under threats and direct economic duress.

② Pain and suffering and emotional Distress.

$38,294.06 for the severe physical trama of ~~a~~ major city-induced medical seizures and Rolling panic Attacks caused by the sudden, Police-enforced utility deprivation, as well as the extreme emotional trama inflicted on four minor children facing immediate displacement, physical danger and severe health and safety.

③ punitive Damages

$60,000.00 saught againts city manager Kyle Davis, city mayor Kevin Ouellet and Police cheif Joe Rodregez

in their individual capacities for malicious retaliation, video suppression and bad faith abuse of police power and municipale Abuse of power

④ Non monetary

an immediate order to permently prohibit the city form interfering ~~whit~~ with utilitres.

total Damages
1,705.94
38,294.06 = $100,000.00
60,000

---

I Declare under the penalty of perjury under the law of the united States of America that the foregoing is true and correct

Executed on oct-9-2026

*[signature] Joshua Hagen